# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE: JANUARY 3, 2014**

**CASE OF: ASKARI ABDULLAH MUHAMMAD F/K/A THOMAS KNIGHT V. STATE OF FLORIDA**

**DOCKET NO.: SC13-2105          OPINION FILED: DECEMBER 19, 2013**

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

**On page 11, in the third line of the second paragraph, added "Roswell."**

**On page 25, in the last two lines of the page, changed "Dr. Lee" to "Dr. Evans."**

**SIGNED: OPINION CLERK**

**The corrected hard copy will follow by mail.**